ESTRIN ET AL. *v.* MOSS, COMMISSIONER OF
AGRICULTURE OF TENNESSEE, ET AL.

No. 684. Decided January 13, 1969.

*Robert W. Healy* for appellants.

*George F. McCanless,* Attorney General of Tennessee,
and *Paul E. Jennings,* Assistant Attorney General, for
appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial
federal question.

WARD ET AL. *v.* JOHNSON, PRESIDENT OF THE
UNITED STATES, ET AL.

No. 703. Decided January 13, 1969.

*Solicitor General Griswold* for appellees.

PER CURIAM.

The motion to dispense with printing the jurisdictional
statement is granted. The motion to dismiss is granted
and the appeal is dismissed for want of jurisdiction.